UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Aaron Leedahl,                                    Civil No. 06-310 (JNE-JJG)

    Plaintiff,

v.                                                ORDER

Rayco Manufacturing, Inc.,
Trenchers Plus, Inc.,

    Defendants,

v.

Ostvig Tree, Inc.,

    Third Party Defendant.

---

This matter is before the undersigned upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT Leedahl's motion to remand (Doc. No. 12) is DENIED.**

Dated this 14th day of June, 2006.

                                                       s/ Joan N. Ericksen
                                                       JOAN N. ERICKSEN
                                                       United States District Judge